IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SUSAN A. MORROW,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                          CASE NO. 1D16-0783

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed September 14, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Susan A. Morrow, pro se, Petitioner.

Pamela Jo Bondi, General Counsel, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

MAKAR, JAY, and M.K. THOMAS, JJ., CONCUR.